**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

**No. 98-30059**
**Summary Calendar**

**GRACE B. BUMGARDNER,**

**Plaintiff-Appellant,**

**VERSUS**

**MOSLER, INC.,**

**Defendant-Appellee.**

Appeal from the United States District Court
for the Eastern District of Louisiana
(97-CV-119-D)

September 18, 1998

Before EMILIO M. GARZA, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

In January 1997, Grace B. Bumgardner ("Bumgardner") filed suit against her former employer, Mosler, Inc. ("Mosler"), in the United States District Court for the Eastern District of Louisiana alleging two causes of action: (1) gender discrimination under Title VII of the Civil Rights Act of 1964 and (2) gender

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

discrimination under Louisiana law.  Following discovery, Mosler filed a motion for summary judgment in November 1997 and a final judgment granting Mosler's motion for summary judgment was entered in December 1997.  Bumgardner now appeals.

We have carefully reviewed the briefs, the record excerpts and relevant portions of the record itself.  For the reasons stated by the district court in its Memorandum and Order entered under date of December 24, 1997, we affirm the final Judgment entered herein on that same date.

**AFFIRMED.**